# EXHIBIT 2

```
 1                    DISTRICT COURT

 2                  CLARK COUNTY, NEVADA

 3                       * * * *

 4   WOODS & ERICKSON, LLP, a      )
     Nevada limited liability     )
 5   partnership, d/b/a WOODS     )
     ERICKSON & WHITAKER, LLP,    ) CASE NO. A-18-774926-C
 6                                ) DEPT NO. XX
             Plaintiff,           )
 7                                )
         vs.                      )
 8                                )
     ANDREW B. PLATT, an individual;)
 9   L&S COUNSELORS, LTD., a Nevada )
     limited liability company;   )
10   GATEHOUSE STRATEGIES, LLC, a )
     Nevada limited liability     )
11   company; JOHN DOE DEFENDANTS I )
     through X; and ROE ENTITIES I )
12   through X,                   )
                                  )
13           Defendants.          )
     _____)

14

15

16

17           DEPOSITION OF ALLISON MILLER

18          Taken on Wednesday, May 15, 2019

19                   At 11:00 a.m.

20       At 2450 St. Rose Parkway, Suite 200

21                  Henderson, Nevada

22

23

24

25   REPORTED BY:  CHRISTY L. DeJONKER, CCR NO. 691
```

CERTIFIED COPY

```
1       A.    Yes.
2       Q.    Did you have any knowledge that Andrew was
3    providing legal services outside of Woods & Erickson
4    prior to the time that he left?
5       A.    The only thing that I knew was that he was
6    helping his kids' school.  That is the only thing that
7    I knew.
8       Q.    And was that Renaissance?
9       A.    I think so.
10      Q.    Okay.  What was he doing with relation to
11   that, to your knowledge?
12      A.    To my knowledge, he brought in a file cabinet
13   full of documents and said they were a mess and he was
14   going to clean it up.  I'm paraphrasing.
15      Q.    Okay.  Do you know anything else about the
16   Renaissance work that he did?
17      A.    I don't.
18      Q.    Do you know if he received any compensation
19   for that work?
20      A.    I did not at the time.
21      Q.    Do you know today?
22      A.    I believe he maybe did.
23      Q.    Okay.  When did you first learn that?
24      A.    Just, actually, maybe within the last month
25   or so when Kathy found some references or something.
```