_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
May 13, 2021

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada  89117-5865
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com

*Counsel for Debtor/Defendant/Counter-Claimant*
*Andrew Bunker Platt*

**JOHNSON & GUBLER, P.C.**
8831 WEST SAHARA AVENUE
LAS VEGAS. NEVADA 89117
(702) 471-0065 - (702) 471-0075

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No.: 19-17282-btb |
| | ) Chapter 7 |
| ANDREW B PLATT and RUTH ANN PLATT, | ) |
| | ) |
| Debtors. | ) |
| | ) |
| WOODS & ERICKSON, LLP, a Nevada limited liability partnership, d/b/a WOODS ERICKSON & WHITAKER, LLP, | ) Adversary Proceeding: 19-01125-btb |
| | ) |
| Plaintiff, | ) |
| | ) Hearing Date: April 1, 2021 |
| vs. | ) Hearing Time: 10:00 AM |
| | ) |
| ANDREW B. PLATT, an individual. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER GRANTING IN PART AND DENYING IN PART AMENDED MOTION FOR SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

-1-

JOHNSON & GUBLER, P.C.
8831 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
(702) 471-0065 - (702) 471-0075

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The *Amended Motion for Summary Judgment* [Doc 25] (the "Motion") filed by Debtor/Defendant, Andrew B. Platt, having been heard by this Court on April 1, 2021, the Court having reviewed and considered the Motion and related pleadings, and due notice of the Motion and hearing of the motion having been given to all parties entitled thereto, and having heard the argument of counsel at the hearing on the Motion, at which time all parties in interest were afforded an opportunity to be heard, and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court pursuant to Rule 7052 of the Federal Rules of Civil Bankruptcy Procedure, and good cause appearing, it is hereby:

**ORDERED** that the Motion is **GRANTED** as to the claims brought under 11 U.S.C. § 523(a)(2)(A), and Summary Judgment is entered against Plaintiff and in favor of Defendant as to those claims;

**IT IS FURTHER ORDERED** that any claims asserted under 11 U.S.C. § 523(a)(6) are not allowed as they were not properly nor timely plead in the Plaintiff's Complaint; this decision is without prejudice as to Plaintiff's pending Motion to Amend;

**IT IS FURTHER ORDERED** that the motion is denied with respect to those claims brought under 11 USC § 523(a)(4), as genuine issues of fact remain.

**IT IS SO ORDERED.**

Respectfully Submitted by:
JOHNSON & GUBLER, P.C.

*/s/ Matthew L. Johnson*
Matthew L. Johnson (6004)
8831 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com

**Local Rule 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

[ X ]    I have delivered a copy of this proposed order to all counsel who appeared at the hearing and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

**Approved** / Denied / Failed to Respond
Nathan Henderson
NHenderson@Gerrard-Cox.com

Respectfully Submitted by:
JOHNSON & GUBLER, P.C.

*/s/ Matthew L. Johnson*
Matthew L. Johnson (6004)
8831 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com

Signed by
GERRARD COX LARSEN

/s/ Nathan R. Henderson
Nathan R. Henderson (13145)
2450 Saint Rose Parkway, Suite 200
Henderson, NV 89074
Phone: (702) 796-4000
nhenderson@gerrard-cox.com

JOHNSON & GUBLER, P.C.
8831 WEST SAHARA AVENUE
LAS VEGAS. NEVADA 89117
(702) 471-0065 - (702) 471-0075