Official Form 417A (12/15)

# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>ANDREW BUNKER PLATT and RUTH ANN PLATT,<br><br>                    Debtors. | Chapter 7<br><br>Case No.: 19-17282-abl |
| WOODS & ERICKSON LLP, a Nevada limited liability partnership, d/b/a WOODS ERICKSON & WHITAKER LLP,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANDREW B. PLATT, an individual.<br><br>                  Defendant. | Adversary Proceeding: 19-01125-abl |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): **Andrew B. Platt.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff<br>☒ **Defendant**<br>☐ Other (describe) _____ | ☐ Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ Other (describe) _____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: **Judgement**

2. State the date on which the judgment, order, or decree was entered: **August 26, 2021**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:

Woods & Erickson LLP

Attorney:

Douglas D. Gerrard
Gerrard Cox & Larsen
2450 St. Rose Parkway, Suite #200
Henderson, Nevada 89074

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Andrew Platt                                   Date: 2021-09-08
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Andrew Platt
1827 W 650 N
Springville, Utah 84663
Telephone: 702 202 9004

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Official Form 417A          Notice of Appeal and Statement of Election