B 263
9/94

# United States Bankruptcy Court

_____ District Of Nevada _____

In re ANDREW BUNKER PLATT and RUTH ANN PLATT,
   Debtor

WOODS & ERICKSON, LLP, a Nevada Limited Liability Partnership, d/b/a WOODS ERICKSON & WHITAKER, LLP
   Plaintiff

v.

ANDREW B. PLATT, an individual,
   Defendant

Case No. BK-S-19-17282-ABL

Chapter 7

Adv. Proc. No. 19-01125-ABL

## BILL OF COSTS

Notice is given that the following Bill of Costs will be presented to the bankruptcy clerk at the following place and time:

| Address | Clerk, U.S. Bankruptcy Court<br>Foley Federal Building<br>300 Las Vegas Blvd. South<br>Las Vegas, Nevada 89101 | Room | Suite 4-242 |
| --- | --- | --- | --- |
| | | Date and Time | 9/9/21; 5:00PM |

Judgment was entered in the above entitled action on   August 26, 2021   against ANDREW B. PLATT
                  (date)

The clerk of the bankruptcy court is requested to tax the following as costs:

| | |
| --- | --- |
| Fees of the clerk ................................................................................................................ | $ 1,303.10 See Ex. "1" |
| Fees for service of summons and complaint ....................................................................... | $ 404.00 See Ex. "2" |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case ................................................................................................................................ | $ _____ |
| Fees and disbursements for printing .................................................................................... | $ _____ |
| Fees for witnesses (itemized on reverse) ............................................................................. | $ _____ |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case ...... | $ _____ |
| Docket fees under 28 U.S.C. § 1923 .................................................................................... | $ _____ |
| Costs incident to taking of depositions ................................................................................ | $ 10,804.20* See Ex. "3" |
| Costs as shown on Mandate of appellate court .................................................................... | $ _____ |
| Other costs [Please itemize] | $ 366.00 See Ex. "4" |
|  Service of Subpoenas | $ _____ |
| | $ _____ |
| *This total does not include delivery or special formatting charges.    TOTAL | $ 12,877.30 |

### DECLARATION

I, attorney for   WOODS & ERICKSON, LLP   declare under penalties of perjury that the
       (name of party)
foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

> Name and Address of Judgment Debtor
> ANDREW B. PLATT
> WAVETRONIX
> 1827 W 650 N
> SPRINGVILLE, UTAH 84663

9/9/2021
Date                         Signature of Attorney

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT: $ _____

                      Clerk of the Bankruptcy Court
           By: _____

Date                         Deputy Clerk

B 263
(9/94)

| WITNESS FEES (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code provides:**

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**Rule 7054(b)**

"COSTS. The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice; on motion served within five days thereafter, the action of the clerk may be reviewed by the court."

**Rule 9006(f)**

"ADDITIONAL TIME AFTER SERVICE BY MAIL. When there is a right or requirement to do some act or undertake some proceedings within a prescribed period after service of a notice or other paper and the notice or paper other than process is served by mail, three days shall be added to the prescribed period."

**Rule 9021, incorporating Federal Rule of Civil Procedure 58**

"Entry of the judgment shall not be delayed . . . in order to tax costs."