Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
**GERRARD, COX & LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, NV 89074
(702) 796-4000
*Attorneys for WOODS & ERICKSON, LLP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ANDREW B. PLATT and RUTH ANN PLATT,<br><br>Debtor(s). | Case No. BK-19-17282-ABL<br><br>Chapter 7<br><br>Adversary Proceeding: 19-01125-ABL |
| WOODS & ERICKSON, LLP, et al,<br><br>Plaintiff(s),<br><br>vs.<br><br>ANDREW B. PLATT, et al,<br><br>Defendant(s). | **NOTICE OF CLAIM RE:**<br><br>**EXHIBITS ADMITTED DURING PROCEEDINGS: 1 - 40**<br><br>Hearing Date:  05/17/2021<br>Hearing Time:  9:00 A.M. |

WOODS & ERICKSON, LLP ("Plaintiff's"), by and through its counsel, GERRARD COX LARSEN, files this request to claim **EXHIBITS MARKED FOR IDENTIFICATION OR ADMITTED INTO EVIDENCE DURING PROCEEDINGS: 1 – 40** responding to the Clerk of the Court's *NOTICE AND ORDER AUTHORIZING DESTRUCTION OF EXHIBITS* (ECF No. 110), with Plaintiff's request to return said exhibits to Plaintiff's Counsel at:

**GERRARD COX LARESN**
**2450 Saint Rose Parkway, Suite 200**
**Henderson, Nevada 89074**

DATED: September 13, 2021.        **GERRARD COX LARSEN**

/s/ Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
2450 St. Rose Pkwy., Suite 200
Henderson, NV 89074

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am over the age of 18 and I served the foregoing **NOTICE OF CLAIM RE: EXHIBITS ADMITTED DURING PROCEEDINGS: 1 – 40** in the following manner:

[X]   **Electronically Mailed by ECF System to the following parties:**

DOUGLAS D. GERRARD on behalf of Plaintiff WOODS & ERICKSON, LLP DGERRARD@GERRARD-COX.COM;kjohnson@gerrard-cox.com;emedellin@gerrard-cox.com, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;gmilne@gerrard-cox.com

MATTHEW L. JOHNSON on behalf of Defendant ANDREW B. PLATT annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kelcie@mjohnsonlaw.com

[X]   **Deposited in the United States Mail, at Henderson, Nevada addressed to the following:**

ANDREW B PLATT
c/o Wavetronix
1827 W 650 N
Springville, UT 84663

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 13th day of September, 2021.          **GERRARD COX LARSEN**

_Kanani Gonzales_
Kanani Gonzales, an employee of
GERRARD COX & LARSEN

GERRARD COX & LARSEN
2450 Saint Rose Parkway, Suite 200
Henderson Nevada 89074
Tel: (702) 796-4000 · Fax: (702) 796-4848