Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Gary C. Milne, Esq.
Nevada Bar No. 3653
gmilne@gerrard-cox.com
GERRARD COX LARSEN
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000
Attorneys for Creditor,
WOODS & ERICKSON, LLP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>ANDREW B. PLATT and RUTH ANN PLATT<br><br>Debtor(s). | Case No. BK-S-19-17282-abl<br><br>Adversary Proceeding:19-01125-abl<br><br>Chapter 7 |
| WOODS & ERICKSON, LLP, a Nevada Limited Liability Partnership, d/b/a WOODS ERICKSON & WHITAKER, LLP, et al,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW B. PLATT, an individual, et al,<br><br>Defendant(s). | **NOTICE OF HEARING RE: BILL OF COSTS**<br><br>Hearing Date:    October 19, 2021<br>Hearing Time:   10:00AM |

TO:    ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a **BILL OF COSTS [ECF No. 104]**, was filed herein on the 10th day of September, 2021, by GERRARD COX LARSEN, attorneys for Plaintiff/Counter-Defendant, WOODS & ERICKSON, LLP. Said Bill of Costs requests that the court award Woods & Erickson, LLP's costs in this matter (19-01125-abl). Said Bill of Costs will be heard before Chief Judge Landis, United States Bankruptcy Court, Foley Federal Building, Third Floor, Courtroom No. 1, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, **on the 19th day of October, 2021, the hour of 10:00 A.M.**.

For more information on the Bill of Cots, refer to the Bill of Costs, filed with the above-captioned Court on the 10th day of September, 2021. Said Bill of Costs is located in the above-

captioned Court file, at the United States Bankruptcy Court Clerk's Office, Foley Federal Building, Fourth Floor, 300 Las Vegas Boulevard South, Las Vegas, NV 89101.

The hearing on the Bill of Costs is a matter of public record and you are invited to attend if you wish to do so, but you are not required to attend the hearing. If you wish to file an objection to the Motion, you should consult Bankruptcy Rule 9006(a) and Rule 965 of the Local Rules of Practice for the manner of filing objections. If no timely written objection is filed, the Motion may be granted and allowed.

Dated this 16th day of September, 2021.

**GERRARD COX LARSEN**

*/s/ Douglas D. Gerrard, Esq.*
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Gary C. Milne, Esq.
Nevada Bar No. 3653
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada  89074
*Attorneys for Plaintiff/Counter-Defendant,*
*Woods & Erickson, LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of GERRARD COX LARSEN, and that on the 16th day of September, 2021, I served a copy of the **NOTICE OF HEARING RE: BILL OF COSTS**, as follows:

a.      Electronically Mailed by ECF System:

MATTHEW L. JOHNSON on behalf of Defendant ANDREW B. PLATT
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com; sue@mjohnsonlaw.com

b.      Deposited in the United States Mail, on the 16th day of September, 2021, at Henderson, Nevada to:

ANDREW B. PLATT
WAVETRONIX
1827 W 650 N
SPRINGVILLE, UTAH 84663

*/s/ Kaytlyn H. Johnson*
Kaytlyn H. Johnson, An Employee of
GERRARD COX LARSEN