NVB 7054 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−19−17282−abl |
| ANDREW B. PLATT and RUTH ANN PLATT, | CHAPTER 7 |
| Debtor(s) | |
| | Adversary Proceeding: 19−01125−abl |
| WOODS & ERICKSON, LLP | NOTICE OF |
| Plaintiff(s) | DEFICIENCY REGARDING |
| | PROPOSED BILL OF COSTS |
| vs | |
| ANDREW B. PLATT | |
| Defendant(s) | |

**NOTICE IS GIVEN** that the Proposed Bill of Costs is deficient for the following reason(s):

* The entered Judgment does not state that costs are awarded.
* Other: An appeal has been filed against the Judgment

The Clerk cannot issue the Bill of Costs unless the noted deficiencies are cured.

Dated: 10/1/21

*/s/ Mary A. Schott/*

Mary A. Schott
Clerk of Court