Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Gary C. Milne, Esq.
Nevada Bar No. 3653
gmilne@gerrard-cox.com
**GERRARD COX LARSEN**
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000
Attorneys for Creditor,
WOODS & ERICKSON, LLP

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANDREW B. PLATT and RUTH ANN PLATT,<br><br>Debtors. | BAP No.: NV-21-1198<br><br>Case No.: 2:19-bk-17282-abl<br>Adv. No.: 2:19-bk-01125-abl |
| ANDREW B. PLATT,<br><br>   Appellant,<br>v.<br><br>WOODS & ERICKSON LLP,<br><br>   Appellee. | Chapter 7<br><br>**MOTION TO STRIKE ITEM FROM APPELLANT'S DESIGNATION OF RECORD ON APPEAL FROM BANKRUPTCY COURT** |

    Appellee, Woods & Erickson LLP, ("Appellee" or "Firm"), by and through its attorneys, Gerrard Cox Larsen, submits its Motion to Strike Item from Appellant's Designation of Record on Appeal from Bankruptcy Court, pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(1).

**MEMORANDUM OF POINTS AND AUTHORITIES**

    Appellant's Designation of Record on Appeal from Bankruptcy Court was filed on September 21, 2021 at [Doc 126]. Therein, Appellant identified various items for inclusion in the Record on Appeal, including under category "C. Trial Exhibits", item number 29, that appears to correspond with Plaintiff's proposed trial exhibit 5, which Appellant has described as "October 2016 emails re: payments from Fani." (Appellant's Designation of Record on Appeal from Bankruptcy Court [Doc. 126], at page 2.).

1

Federal Rule of Bankruptcy Procedure 8009, provides, in relevant part, as follows:

(e) Correcting or Modifying the Record.

(1) Submitting to the Bankruptcy Court. . . . If an item has been improperly designated as part of the record on appeal, a party may move to strike that item.

Appellee has attached hereto, true and correct copies of the Trial Exhibit Logs maintained by the Court during the trial of this matter, including Plaintiff's Trial Exhibit Log as **Exhibit "1"**, and Defendant's Trial Exhibit Log as **Exhibit "2"**. *See,* Declaration of Gary C. Milne, Esq. attached as **Exhibit "3".**

A review of the Plaintiff's Trial Exhibit Log (Exhibit "1"), reveals that Plaintiff's proposed trial Exhibit 5, identified as a 10/14/16 email from Andrew Platt to Glen Woods (WEW012124) (**092**), was not admitted during the course of trial. Accordingly, it should not be part of the record on appeal and Appellant's designation of Plaintiff's proposed trial Exhibit 5 (item 29) should be stricken from the designation of record on appeal, that Appellant filed on September 21, 2021 [Doc. 126].

DATED this 7th day of October, 2021.

**GERRARD COX LARSEN**

*/s/ Douglas D. Gerrard, Esq.*
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Gary C. Milne, Esq.
Nevada Bar No. 3653
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada 89074
*Attorneys for Appellee, Woods & Erickson, LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of GERRARD COX LARSEN, and that on the 7th day of October, 2021, I served a copy of **MOTION TO STRIKE ITEM FROM APPELLANT'S DESIGNATION OF RECORD ON APPEAL FROM BANKRUPTCY COURT**, as follows:

a. **Electronically Mailed by ECF System:**

DOUGLAS D. GERRARD on behalf of Plaintiff WOODS & ERICKSON, LLP
Dgerrard@gerrard-cox.com; kjohnson@gerrard-cox.com; emedellin@gerrard-cox.com, Kgonzales@Gerrard-Cox.com; Kjohnson@Gerrard-Cox.com; Jlangeveld@Gerrard-Cox.com; Fbiedermann@Gerrard-Cox.com; gmilne@gerrard-cox.com

MATTHEW L. JOHNSON on behalf of Defendant ANDREW B. PLATT
annabelle@mjohnsonlaw.com, johnson@mjohnsonlaw.com; kelcie@mjohnsonlaw.com

b. **USPS First Class Mail served to:**

ANDREW B PLATT
Wavetronix
1827 W 650 N
Springville, UT 84663

_Kanani Gonzales_
Kanani Gonzales, an employee of
GERRARD COX & LARSEN

3