_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 19, 2021

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | Case No.: 19-17282-abl |
| ) | |
| ANDREW B. PLATT and RUTH ANN PLATT, ) ) | Chapter 7 |
| ) | |
| Debtors. ) | Adv. Proceeding No. 19-01125-abl |
| ) | |
| WOODS & ERICKSON, LLP, *A NEVADA LIMITED LIABILITY PARTNERSHIP dba* WOODS ERICKSON AND WHITAKER, LLP, ) ) ) ) | Hearing Date: November 16, 2021 Hearing Time: 3:00 p.m. |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW B. PLATT, *AN INDIVIDUAL*, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO PERMIT REGISTRATION**

On November 16, the Court issued its oral ruling on a Motion to Permit Registration of Judgment Pursuant to 28 U.S.C §1963 ("Registration Motion") (ECF No. 122)[1]. The Registration Motion was filed on behalf of Woods & Erickson, LLP dba Woods Erickson and Whitaker, LLP ("Plaintiff").

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

At the November 16, 2021 oral ruling, attorney Gary Milne appeared telephonically on behalf of the Plaintiff. Andrew W. Platt ("Defendant") appeared telephonic in proper person. No other telephonic appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on November 16, 2021, those findings of fact and conclusions of law are incorporated into this Order by this reference under Fed. R. Civ. P. 52, made applicable in this adversary proceeding pursuant to Fed. R. Bankr. P. 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Registration Motion under 28 U.S.C §1963 is **GRANTED**.

Copies sent to all parties via CM/ECF Electronic Filing.

Copy sent via BNC to:

ANDREW B. PLATT
1827 W. 650 N
SPRINGVILLE, UT  84663

# # #