NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ANDREW B. PLATT and RUTH ANN PLATT ,<br>　　　　　　　　　　　　　Debtor(s) | BK−19−17282−abl<br>CHAPTER 7<br><br>Adversary Proceeding: 19−01125−abl |
| WOODS & ERICKSON, LLP, et al,<br>　　　　　　　　　　　　　Plaintiff(s)<br><br>vs<br><br>ANDREW B. PLATT, et al,<br>　　　　　　　　　　　　　Defendant(s) | NOTICE OF DOCKETING<br>ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *185* − Reply with Certificate of Service Filed by ANDREW B PLATT on behalf of ANDREW B. PLATT (Related document(s)182 Motion To Stay Pending Appeal filed by Defendant ANDREW B. PLATT.) (Attachments: # 1 Exhibit Verbal motion regarding amendment of complaint) (PLATT, ANDREW) |
| Filed On: | 12/29/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Adversarial Parties

Dated: 1/3/22

*Mary A Schott*

Mary A. Schott
Clerk of Court

For additional information, please visit the court's web site at **https://www.nvb.uscourts.gov**