United States Bankruptcy Court
District of Nevada

WOODS & ERICKSON, LLP,
    Plaintiff

Adv. Proc. No. 19-01125-abl

PLATT,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: nodeap | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/PDF: notice@plattmosphere.com | Jan 11 2022 23:29:00 | ANDREW B PLATT, Wavetronix, 1827 W 650 N, Springville, UT 84663-5073 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DOUGLAS D. GERRARD | on behalf of Plaintiff WOODS & ERICKSON LLP DGERRARD@GERRARD-COX.COM;kjohnson@gerrard-cox.com;emedellin@gerrard-cox.com, KGonzales@Gerrard-Cox.com;KJohnson@Gerrard-Cox.com;JLangeveld@Gerrard-Cox.com;NHenderson@Gerrard-Cox.com;EMedellin@Gerrard-Cox.com;FBiedermann@Gerrard-Cox.com;gmilne@gerrard-cox.com |
| MATTHEW L. JOHNSON | on behalf of Defendant ANDREW B. PLATT annabelle@mjohnsonlaw.com mjohnson@mjohnsonlaw.com;kelcie@mjohnsonlaw.com |

TOTAL: 2

NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−19−17282−abl |
| ANDREW B. PLATT and RUTH ANN PLATT , | CHAPTER 7 |
| Debtor(s) | Adversary Proceeding: 19−01125−abl |
| WOODS & ERICKSON, LLP, et al, | NOTICE OF DOCKETING ERROR |
| Plaintiff(s) | |
| vs | |
| ANDREW B. PLATT, et al, | |
| Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

Docket Number/Entry: **191** − Amended Reply to Plaintiff's Opposition to Application for Stay Pending Appeal with Certificate of Service Filed by ANDREW B PLATT on behalf of ANDREW B. PLATT (Related document(s)182 Motion To Stay Pending Appeal filed by Defendant ANDREW B. PLATT.) (Attachments: # 1 Exhibit Verbal decision regarding amendment of complaint) (PLATT, ANDREW)

Filed On: 1/10/22
With A Hearing Date Of: N/A
And A Hearing Time Of: N/A

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately. The following caption item(s) are incorrect/missing:
  * The Case Caption does not match the docket sheet. The case caption must include all parties including terminated parties.

Dated: 1/11/22

*Mary A Schott*

Mary A. Schott
Clerk of Court

For additional information, please visit the court's web site at https://www.nvb.uscourts.gov