Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Gary C. Milne, Esq.
Nevada Bar No. 3653
gmilne@gerrard-cox.com
**GERRARD COX LARSEN**
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada  89074
(702) 796-4000
Attorneys for Judgment Creditor,
WOODS & ERICKSON, LLP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANDREW B. PLATT and RUTH ANN PLATT,<br><br>Debtors. | Case No. BK-S-19-17282-abl<br><br>Adversary Proceeding:19-01125-gs<br><br>Chapter 7 |
| WOODS & ERICKSON, LLP, a Nevada Limited Liability Partnership, d/b/a WOODS ERICKSON and WHITAKER, LLP,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW B. PLATT, an individual,<br><br>Defendant. | **REQUEST FOR STATUS HEARING** |

Plaintiff, WOODS & ERICKSON, LLP d/b/a WOODS ERICKSON & WHITAKER, LLP ("WEW" or "Firm"), by and through its attorneys, GERRARD COX  LARSEN, request that a Status Hearing be set in the above matter, following the Ninth Circuit Bankruptcy Appellate Panel's Memorandum filed on April 22, 2022 (Doc 28), that was then entered in this matter on May 17, 2022 (Doc 198), that vacated and remanded the Bankruptcy Court's judgment against Debtor, Andrew B. Platt "for further action consistent with this memorandum." *Id.* at page 7.

DATED this 20th day of June, 2022.          **GERRARD COX LARSEN**


   /s/ Douglas D. Gerrard, Esq.
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Gary C. Milne, Esq.
Nevada Bar No. 3653
2450 Saint Rose Pkwy., Suite 200
Henderson, Nevada  89074

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of GERRARD COX LARSEN, and I served a copy of the **REQUEST FOR STATUS HEARING**, by serving all parties in the manner indicated below addressed as follows:

    a.    Electronically Mailed by ECF System:

           MATTHEW L. JOHNSON on behalf of Defendant ANDREW B. PLATT
           annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;
           sue@mjohnsonlaw.com

    b.    Deposited in the United States Mail, on the 20th day of June, 2022, at Henderson, Nevada addressed to:

           ANDREW B. PLATT
           WAVETRONIX
           1827 W 650 N
           SPRINGVILLE, UTAH 84663

DATED this 20th day of June, 2022

_____
Kanani Gonzales, an employee of
GERRARD COX & LARSEN

**GERRARD, COX & LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000