

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
May 16, 2023
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANDREW B. PLATT and RUTH ANN PLATT,<br><br>        Debtor(s). | Case No.: 19-17282-gs<br>Chapter 7 |
| WOODS & ERICKSON, LLP, *A Nevada Limited Liability Partnership dba* WOODS ERICKSON AND WHITAKER, LLP,<br><br>        Plaintiff(s),<br><br>    v.<br><br>ANDREW B. PLATT, *An Individual,*<br><br>        Defendant(s). | Adv. Proc. No. 19-01125-gs<br><br><u>Oral Argument</u><br>DATE:  July 7, 2023<br>TIME:   9:30 a.m. |

## <u>SCHEDULING ORDER</u>

On May 11, 2023, the court held a status conference in the above-captioned adversary proceeding. Appearances were as noted on the record. For the reasons stated on the record at the status conference,

1

IT IS HEREBY ORDERED that, **no later than May 30, 2023**, the defendant must file with the court his proposed findings of fact and conclusions of law and serve it on counsel for the plaintiff.,

IT IS FURTHER ORDERED that the plaintiff's response to the defendant's proposed findings of fact and conclusions of law must be filed with the court and served on the defendant **no later than June 20, 2023**.

IT IS FURTHER ORDERED that, on **July 7, 2023 at 1:30 p.m.** the court will hear oral argument on the plaintiff's claim under 11 U.S.C. § 523(a)(4), including, but not limited to, whether the defendant's alleged fraud while acting in a fiduciary capacity supports entry of a final nondischargeability judgment in favor of the plaintiff.

IT IS FURTHER ORDERED that oral argument will proceed by remote appearance by means of a video conference ("Zoom"). A Courtroom Deputy will email participants a link to the video conference at least one (1) day before the hearing with the necessary information to connect for remote participation.

IT IS FURTHER ORDERED that the parties shall be responsible for ensuring that all participants have appropriate access to Zoom. To the extent that any participant does not have access to participate in the status conference through the Zoom video, participation may be telephonic.

IT IS FINALLY ORDERED that the parties shall advise the court of any settlement or proposed disposition short of oral argument as soon as possible. If the parties wish to explore mediation, they may contact the judge's chambers to schedule a mediation conference.

IT IS SO ORDERED.

* * * * *

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #

2