_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
November 07, 2023

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANDREW B. PLATT and RUTH ANN PLATT,<br><br>      Debtor(s). | Case No.: 19-17282-gs<br>Chapter 7 |
| WOODS AND ERICKSON, LLP, *A Nevada Limited Liability Partnership dba* WOODS ERICKSON AND WHITAKER, LLP,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ANDREW B. PLATT, *An Individual,*<br><br>      Defendant(s). | Adv. Proc. No. 19-01125-gs |

## **JUDGMENT**

On April 1, 2021, the court gave its oral ruling granting summary judgment in favor the defendant in this proceeding, Andrew B. Platt, denying plaintiff Woods & Erickson, LLP's (Woods Erickson) claims under 11 U.S.C. § 523(a)(2)(A). Adv. ECF No. 74.

On August 26, 2021, after trial the court entered judgment in this proceeding in favor of Woods Erickson, concluding that Mr. Platt's debt owed to Woods Erickson in the amount of

1

$166,735.00 was nondischargeable under 11 U.S.C. § 523(a)(4). Adv. ECF No. 87.

Mr. Platt appealed the judgment. The Ninth Circuit Bankruptcy Appellate Panel (BAP) entered its decision vacating the judgment and remanding the proceeding to this court for additional action. *Platt v. Woods & Erickson, LLP (In re Platt)*, 2022 WL 1199202 (B.A.P. 9th Cir. Apr. 22, 2022).

On March 30, 2023, the court entered its Memorandum Decision re: Larceny Claims on Remand (Adv. ECF No. 215), ruling that to the extent the court's judgment was based upon larceny, that judgment was "entered in error because Woods Erickson's larceny claim did not satisfy the notice pleading standards established by the Federal Rules of Civil Procedure." Adv. ECF No. 215 at 30.

Finally, on November 7, 2023, the court entered its Memorandum Decision re: 11 U.S.C. § 523(a)(4) (Adv. ECF No. 221), concluding that plaintiff Woods Erickson failed to carry its burden in its claims against defendant Mr. Platt asserted under § 523(a)(4).

All claims asserted in this action have been adjudicated. For the reasons stated in the above-referenced decisions,

IT IS ORDERED, ADJUDGED AND DECREED:

JUDGMENT IS HEREBY ENTERED in favor of defendant Andrew B. Platt and against plaintiff Woods & Erickson, LLP on both counts of its complaint seeking a nondischargeable judgment under 11 U.S.C. §§ 523(a)(2)(A) and (a)(4).

IT IS SO ORDERED, ADJUDGED, AND DECREED.

\* \* \* \* \*

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #